## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

ANDRE KABOI LUBALA

VERSUS

JONATHAN CRAWFORD, ET AL.

CIVIL ACTION NO. 26-1351

JUDGE ALEXANDER C. VAN HOOK

MAGISTRATE JUDGE PEREZ-MONTES

### ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 3, the petitioner's Petition for Writ of Habeas Corpus, Record Document 1, with no written objections having been filed, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that petitioner's Petition for Writ of Habeas Corpus, Record Document 1, is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

**DONE AND SIGNED** at Shreveport, Louisiana, this 18th day of June, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE